# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SARAH L. CRAIN                                      Case Number: 04-75076
        6126 TUDOR LANE
        LOVES PARK, IL  61111                SSN-xxx-xx-9488

Case filed on: 10/12/2004
Plan Confirmed on: 12/17/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,218.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|     | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|     | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 999 | SARAH L. CRAIN | 0.00 | 0.00 | 6.00 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 6.00 | 0.00 |
| 001 | HEIGHTS FINANCE | 1,375.90 | 1,375.90 | 98.92 | 0.00 |
| 002 | ACCOUNT RECOVERY SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | C.B. ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHECK INTO CASH INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHILDREN'S BOMC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | EVERCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROUNDUP FUNDING LLC | 449.90 | 449.90 | 32.35 | 0.00 |
| 014 | FRIEDMAN & WEXLER, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LTD COMMODITIES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MARS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR GAS | 416.79 | 416.79 | 29.96 | 0.00 |
| 021 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NORTHERN ILLINOIS OPTICAL | 259.09 | 259.09 | 18.63 | 0.00 |
| 023 | PCA NATIONAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PRIMECO | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | R&B RECEIVABLES MANAGEMENT | 490.44 | 490.44 | 35.26 | 0.00 |
| 026 | ROCKFORD LEGAL CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE AGENCY INC | 150.00 | 150.00 | 10.78 | 0.00 |
| 028 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | VERITECH FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | R&B RECEIVABLES MANAGEMENT | 6,096.24 | 6,096.24 | 438.25 | 0.00 |
| 031 | B-LINE LLC | 21,801.50 | 21,801.50 | 1,567.30 | 0.00 |
| 032 | WINNEBAGO COUNTY CIRCUIT CLERK | 660.00 | 660.00 | 47.44 | 0.00 |
| 033 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | AUDIT SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | THE LAW OFFICES OF BENNETT & DELONEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | KROGER | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Unsecured | 31,699.86 | 31,699.86 | 2,278.89 | 0.00 |
|     | Grand Total: | 33,363.86 | 33,363.86 | 3,948.89 | 0.00 |

Total Paid Claimant:    $3,948.89
Trustee Allowance:      $269.11        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    7.19        discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                             /s/ Lydia S. Meyer
                                        Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008             By  /s/Heather M. Fagan